United States Bankruptcy Court
Central District of California

In re:  
Farhad Naderi  
    Debtor

Case No. 17-12188-ES  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: tduarteC      Page 1 of 2      Date Rcvd: Apr 11, 2018  
                       Form ID: novd      Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.

```
db              #+Farhad Naderi,    142 Cinnamon Teal,    Aliso Viejo, CA 92656-1837
37836006        +Afagh Neda Riazati,    1445 Temple Hills Drive,    Laguna Beach, CA 92651-2644
37836008        +Bin Hao aka Nancy Hao,    c/o Law offices of Edward Ip & Assc,    4424 Santa Anita Avenue,
                  Suite 201,    El Monte, CA 91731-1684
37836009        +Brachfeld Law Group,    880 Apollo St Ste 155,    El Segundo, CA 90245-4783
37836010        +CACH,   4500 Cherry Creek Drive S,    Suite 700,    Denver, CO 80246-1534
37836011        +CACH, LLC,    6868 Florence Place,    Bell Gardens, CA 90201-3240
37836007       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: AT&T,    Processing Center,    Des Moines, IA 50363)
37836023        +CMRE Financial,    3075 E. Imperial Highway,    #200,    Brea, CA 92821-6753
37836027        +CR&R Inc.,    2051 Placentia Ave,    Costa Mesa, CA 92627-3405
37836013        +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
37836016        +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
37836015        +Chase,    Mail Code TX3-7826,    PO Box 659672,    San Antonio, TX 78265-9672
37836019        +Check N Go,    6057 Magnolia Ave,    Riverside, CA 92506-2525
37836020        +Check N Go.,    7755 Montgomery Road,    Cincinnati, OH 45236-4197
37836018        +Check N go,    100 Commercial Drive,    Fairfield, OH 45014-5556
37836022        +Citibank/ATT,    PO Box 6500,    Sioux Falls, SD 57117-6500
37836024         Cox Communications,    6205 Dunwoody Road,    HRTS Operations-11th Fl- G,    Atlanta, GA 30328
37836031        +Davis & Davis,    1900 Avenue of the Stars, Suite 960,    Los Angeles, CA 90067-4310
37836033        +Fisher & Krekorian,    3130 Wilshire Blvd #200,    Santa Monica, CA 90403-2352
37836032        +Fisher & Krekorian,    2121 Park Drive,    Los Angeles, CA 90026-1919
37836035        +Fred Ashour,    32 Via Del Tesoro,    San Clemente, CA 92673-2741
37836034        +Fred Ashour,    aka Farid Ashour,    16621 Honeybee Drive,    Tustin, CA 92782-1921
37836036        +Hoag Hospital,    Mailstop 16182231,    PO Box 660249,    Dallas, TX 75266-0249
37836037        +Hoag Memorial Hospital Presbyterian,    PO Box 6100,    Newport Beach, CA 92658-6100
37836041        +LVNV Funding, LLC,    200 Meeting STreet,    Suite 206,    Greenville, SC 29615-5833
37836040        +LVNV Funding, LLC,    625 Pilot Road,    Suite 3,    Las Vegas, NV 89119-4485
37836043        +Mandarich Law Group,    9200 Oakdale Avenue,    Suite 601,    Chatsworth, CA 91311-6513
37836042        +Mandarich Law Group,    6301 Owensmouth Avenue,    Suite 850,    Woodland Hills, CA 91367-2271
37836045        +Newport Emergency Medical Group,    PO Box 441575,    Detroit, MI 48244-1575
37836044        +Newport Emergency Medical Group,    PO Box 720300,    Oklahoma City, OK 73172-0300
37836046        +Newport Harbor Radiology Associates,    Medical Group,    PO Box 784,
                  Indianapolis, IN 46206-0784
37836047        +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
37836048        +Northland Group Inc.,    Po Box 390846,    Mailcode CVR115,    Minneapolis, MN 55439-0846
37836049         Progressive Management S.,    1521 W. Cameron Avenue,    1st Floor,    Suite 100,
                  West Covina, CA 91790-2738
37836050        +Progressive Management Systems,    PO Box 2220,    West Covina, CA 91793-2220
37836052        +SW Collection,    PO Box 6349,    Orange, CA 92863-6349
37836051         Silver Cloud,    635 East Highway #20, C,    Upper Lake, CA 95485
37836054        +Tiempo Escrow, Inc.,    2100 Main Street,    Suite 300,    Huntington Beach, CA 92648-2489
37836055        +US Department of Education,    National Payment Center,    PO Box 105028,
                  Atlanta, GA 30348-5028
37836056        +Wells Fargo Bank,    PO Box 6995,    Portland, OR 97228-6995
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: itcdbg@edd.ca.gov Apr 12 2018 02:07:33      Employment Development Dept.,
                  Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg              E-mail/Text: BKBNCNotices@ftb.ca.gov Apr 12 2018 02:08:09      Franchise Tax Board,
                  Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA  95812-2952
37836012        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2018 02:11:08      CACH, LLC,
                  4340 S. Monaco Street,    Suite 2,    Denver, CO 80237-3581
37836025         E-mail/Text: CCICollectionsGlobalForms@cox.com Apr 12 2018 02:07:56      Cox Communications,
                  PO Box 53280,    Phoenix, AZ 85072
37836014        +E-mail/Text: bankruptcy@cavps.com Apr 12 2018 02:07:47      Cavalry Portfolio Services,
                  500 Summit Lake DRive,    Suite 4A,    Valhalla, NY 10595-2323
37836026        +E-mail/Text: CCICollectionsGlobalForms@cox.com Apr 12 2018 02:07:56      Cox Communications,
                  PO Box 1259,    Oaks, PA 19456-1259
37836028        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2018 02:11:28      Credit One Bank,
                  PO Box 98872,    Las Vegas, NV 89193-8872
37836030        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2018 02:11:08      Credit One Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
37836029        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2018 02:11:08      Credit One Bank,
                  PO Box 60500,    City of Industry, CA 91716-0500
37836039        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2018 02:11:08      LVNV Funding LLC,
                  PO Box 10497,    Greenville, SC 29603-0497
37836053        +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 02:11:16      Sync/Lowes,    PO Box 965036,
                  Orlando, FL 32896-5036
                                                                                              TOTAL: 11
```

```
District/off: 0973-8          User: tduarteC            Page 2 of 2                  Date Rcvd: Apr 11, 2018
                              Form ID: novd             Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp              Courtesy NEF
37836021*        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court:   Citi,    PO Box 78045,    Phoenix, AZ 85062)
37836017*         +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
37836038         ##+Law Offices of Robert J. Colclough,    8550 Balboa Blvd #232,    Northridge, CA 91325-5806
                                                                                          TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Baruch C Cohen    on behalf of Defendant Farhad  Naderi bcc@BaruchCohenEsq.com,
               paralegal@baruchcohenesq.com
              Baruch C Cohen    on behalf of Interested Party    Courtesy NEF bcc@BaruchCohenEsq.com,
               paralegal@baruchcohenesq.com
              Chi L Ip    on behalf of Plaintiff Bin  Hao filing@lawyer4property.com, jenny@lawyer4property.com
              Halli B Heston    on behalf of Debtor Farhad  Naderi hheston@hestonlaw.com,   eblanco@hestonlaw.com,
               docs@hestonlaw.com,assistant@hestonlaw.com;r41032@notify.bestcase.com
              Julie J Villalobos    on behalf of Plaintiff Fred Farid Ashour julie@oaktreelaw.com,
               oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
              Karen S Naylor (TR)    alane@ringstadlaw.com,   knaylor@IQ7technology.com
              Lawrence R Fieselman    on behalf of Plaintiff Fred Farid Ashour lrf4225@gmail.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

# NOTICE AND ORDER VACATING DISCHARGE

**DEBTOR INFORMATION:**
Farhad Naderi
aka Fred Naderi, aka Freddy Naderi

**BANKRUPTCY NO.** 8:17-bk-12188-ES

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-5792
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** N/A

**Address:**
142 Cinnamon Teal
Aliso Viejo, CA 92656

A Discharge of Debtor(s) was noticed as a result of clerical error.

**THE DISCHARGE IS HEREBY VACATED.**

Dated: April 11, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form novd Rev. 03/09) VAN-59

**24 / DUA**